# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| MASON M.B. ENDRES, | No. 4:18-CV-01758 |
|---|---|
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| SAYERS, et al., | |
| Defendants. | |

## ORDER

### MARCH 18, 2019

On February 1, 2019, Magistrate Judge Martin C. Carlson issued a Report and Recommendation recommending that this Court grant Defendants' Motion to Dismiss and close this case. Objections to this Report and Recommendation were due by February 15, 2019, but none were filed. This Court has reviewed the Report and Recommendation and finds no clear error on the face of the record. Therefore,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation, ECF NO. 21, is **ADOPTED.**

2. The Motion to Dismiss, ECF No. 16, is **GRANTED**.

3. Plaintiff's Complaint, ECF No. 1, is **DISMISSED**.

4. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge